**C. E. Enbloom, appellant, v. H. A. Bullock et al., appellees. Gen. No. 7,063.**

Suit to have real estate levied upon decreed to be the property of a corporate judgment creditor and subject to payment of the judgment. Bill dismissed for want of equity. Appeal from the Circuit Court of Knox county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the December term, 1921. Affirmed. Opinion filed August 5, 1922.

R. D. Robinson, for appellant; Riley Stevens, of counsel. Robert J. Walberg and R. C. Hunt, for appellees.

Mr. Justice Partlow delivered the opinion of the court.